**No. 58033.**—W. A. Cleary Corp. and W. R. Keating & Co., Inc. *v.* United States, protests 194024-K, etc. (New York).

467

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of lecithin (soybean residual sludge) similar in all material respects to that the subject of *United States* v. *C. J. Tower & Sons* (38 C. C. P. A. 131, C. A. D. 450), the claim of the plaintiffs was sustained.